UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHTON MOORE, individually, and on behalf of others similarly situated,<br><br>     Plaintiff,<br><br>   -against-<br><br>HF MANAGEMENT SERVICES, LLC d/b/a Healthfirst,<br><br>     Defendant. | 24-cv-8868 (KPF)(BCM)<br><br><br>**JUDGMENT** |

  Plaintiff and Defendant, by their attorneys, having consented to entry of Judgment without trial or adjudication of any issue of fact or law herein, for settlement purposes only, and without this Judgment constituting any evidence against or an admission by Defendant with respect to any such issue,

  **Now, therefore, it is hereby ordered, adjudged and decreed that:**

  Judgment be entered in favor of Plaintiff and against Defendant in the amount of Six Thousand Five Hundred and 00/100 dollars ($6,500.00), inclusive of Plaintiff's costs, disbursements and attorneys' fees, as set forth in the accepted offer of judgment (Dkt. No. 19).

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.

Dated:    January 10, 2025         SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

              HON. KATHERINE POLK FAILLA
              UNITED STATES DISTRICT JUDGE